IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:21cr374-MHT
                              )            (WO)
JOHN FITZGERALD JOHNSON, II   )
```

**JUDGMENT**

Upon consideration of the government's motion for leave to dismiss the indictment and information pursuant to Federal Rule of Criminal Procedure 48(a), which the court construes as containing both a motion for leave to dismiss and a notice of dismissal pursuant to the Rule, and based on the oral representation of both parties that the dismissal should be with prejudice, it is ORDERED AND ADJUDGED that:

(1) The motion for leave to dismiss the indictment and information (Doc. 330) is granted.

(2) The indictment (Doc. 1) is dismissed with prejudice as to defendant John Fitzgerald Johnson, II.

(3) The information (Doc. 309) is dismissed with prejudice.

    **(4) Defendant John Fitzgerald Johnson, II, is discharged.**

    **DONE, this the 15th day of February, 2022.**

                                           /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**